# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0591
_____

H. M., Mother of W.G.M.,
D.R.L.M., L.B.M., Minor
Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.


August 26, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

H.M., pro se, Appellant.

Andrew McGinley, Department of Children and Families, Tallahassee; Casey Tidwell Barron, Children's Legal Services, Marianna; Sarah J. Rumph, Children's Legal Services, Tallahassee; Caitlin E. Burke and Sara Elizabeth Goldfarb, Guardian ad Litem Program, Tallahassee; Eric Christopher Love, Guardian ad Litem Program, Marianna, for Appellee.